# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ron Santa McCray,<br>*Plaintiff*<br>v.<br>S.C. Department of Corrections, The *Bryan Stirling Director in its individual and official capacities*; Warden Williams *Warden at Lieber in his/her individual and official capacities*; Major Clark *Head of Security at Lieber C.I. in his/her individual and official capacities*; Warden Shepard *in his/her individual and official capacities*; Warden Montrel *in his/her individual and official capacities*; Lt. Brown; Chaplain Curtino; S.C.D.C. Director Byran Stirling; Nurse Delarosa; Nurse Mauney; Nurse Wauthen.<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>Civil Action No. 1:19-cv-01574-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

■ The plaintiff, Ron Santa McCray, shall take nothing of the defendants, S.C. Department of Corrections, The *Bryan Stirling Director in its individual and official capacities*, Warden Williams *Warden at Lieber in his/her individual and official capacities*, Major Clark *Head of Security at Lieber C.I. in his/her individual and official capacities*, Warden Shepard *in his/her individual and official capacities*, Warden Montrel *in his/her individual and official capacities*, Lt. Brown, Chaplain Curtino, S.C.D.C. Director Byran Stirling, Nurse Delarosa, Nurse Mauney and Nurse Wauthen, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Woten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: August 27, 2019                                *ROBIN L. BLUME, CLERK OF COURT*

                                                     s/L. Baker